UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAUL SHEARD, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:01-CV-660 |
| ) | |
| LOCKHEED MARTIN ENERGY SYSTEMS, ) | Phillips/Shirley |
| et al., ) | |
|     Defendants. ) | |

## ORDER

This matter is before the court on various pretrial motions filed by the parties. For the good cause shown, it is hereby **ORDERED** as follows:

    1.    Defendants' motion for leave to file an extended brief in support of their motion for severance [Doc. 237] is **GRANTED.**

    2.    The parties' joint motion to revise the scheduling order [Doc. 239] is **GRANTED.**

    3.    Plaintiff Harvey Stevens motion for leave to file a surreply to defendants' motion for summary judgment [Doc. 240] is **GRANTED.** Plaintiff Stevens' motion to file his surreply under seal [Doc. 241] is also **GRANTED.**

    **IT IS SO ORDERED.**

    **ENTER:**

                                s/ Thomas W. Phillips
                            United States District Judge