UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HENRY ELDRIDGE, Administrator of the Estate of ANDREA TURNER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    No. 3:01-CV-660<br>) |
| LOCKHEED MARTIN ENERGY SYSTEMS, et al.,<br>    Defendants. | )    Phillips/Shirley<br>)<br>) |

## ORDER OF DISMISSAL

Defendants filed a motion for summary judgment as to the claims of Andrea Turner on August 1, 2005. By order entered November 21, 2005, plaintiff was directed to show cause in writing by December 15, 2005, why this case should not be dismissed for failure to prosecute. As of the date of this order, plaintiff has not responded to the show cause order nor has plaintiff responded to the defendants' motion for summary judgment, indicating to the undersigned that plaintiff has no interest in prosecuting this action. Accordingly, this case is **DISMISSED** as to the claims of Andrea Turner for failure to prosecute.

                                            **ENTER:**



                                            s/ Thomas W. Phillips
                                         United States District Judge